ORIGINAL

# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2017 FEB -9 PM 3:38
CLERK. CAdams
SO. DIST. OF GA.

| | |
|---|---|
| TOSHA LYNETTE ROBBINS | Case No. CV317-005 |
| Plaintiff | |
| v. | Appearing on behalf of |
| NANCY A. BERRYHILL | TOSHA LYNETTE ROBBINS |
| Defendant | (Plaintiff/Defendant) |

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 9th day of Feb., 2017

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

***

**NAME OF PETITIONER:** DANIEL S. JONES

**Business Address:** Law Offices - HARRY J. BINDER & CHARLES E. BINDER
Firm/Business Name
485 Madison Ave, Suite 501
Street Address
New York    NY    10022
Street Address (con't)    City    State    Zip

Mailing Address (if other than street address)

Address Line 2          City, State, Zip
212-677-6801
Telephone Number (w/ area code)   Georgia Bar Number