IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

TOSHA LYNETTE ROBBINS, )
)
Plaintiff, )
)
v. ) CV 317-005
)
NANCY A. BERRYHILL, Acting )
Commissioner of Social Security )
Administration, )
)
Defendant. )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Pursuant to sentence four of 42 U.S.C. § 405(g), the Court **REVERSES** the Acting Commissioner's final decision and **REMANDS** this case to the Acting Commissioner for further consideration in accordance with the Court's opinion.

SO ORDERED this 7th day of June, 2018, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE