# United States District Court
## *Southern District of Georgia*

TOSHA LYNETTE ROBBINS,

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

        **V.**

CASE NUMBER: CV 317-005

NANCY A. BERRYHILL, Acting
Commissioner of Social Security
Administration,

        Defendant.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑    **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated June 7, 2018 adopting the Report and Recommendation as the

opinion of the Court, that the Court reverses the Acting Commissioner's decision and remands this

case to the Acting Commissioner for further consideration in accordance with the Court's opinion.

This case stands closed.

06/07/2018
*Date*



Scott L. Poff
*Clerk*

/s/ Jamie Hodge

*(By) Deputy Clerk*